

ENTERED
10/03/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERWIN ENTERPRISES, LLC, | § | CASE NO. 17-10406 |
|     Debtor, | § | |
| | § | (Chapter 11) |
| | § | |
| DANA SMITH, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 17-8005 |
| | § | |
| ERWIN ENTERPRISES, LLC et al. | § | |
|     Defendants. | § | |

**ORDER GRANTING JOINT MOTION TO REMAND**
**(Relates to Doc. No. ___)**

On this day, the Court considered Plaintiff Dana Smith, Defendants Erwin Enterprises, LLC, Edwin Erwin, Huntington Communities, LLC, Paige Erwin, Coraggio, LLC, Cavallo D'Accaiaio, LLC, and Third Party Defendant Wayne LaViolette's (the "Parties") Joint Motion to Remand. This Court, having considered the Motion is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED THAT the Parties' Motion is granted and that this action is remanded to the 56th District Court, Galveston County, Texas, and that a certified copy of this order shall be mailed by the Clerk of this Court to the Clerk of the 56th District Court, on receipt of which that Court may proceed with the action according to the laws and procedures of the Courts of the State of Texas.

Signed:

October 02, 2017

Marvin Isgur
United States Bankruptcy Judge